IN the INTEREST OF: K.I.T., a Minor

140 EDA 2017

Superior Court of Pennsylvania.

07/25/2017

CP–51–AP–0000543–2016, CP–51–DP– 0000274–2015, FID 51–FN–000264–2015 (Philadelphia)

Affirmed

TOTAL HOME CARE AND INSPECTION

v.

CARLEVALE, P.

1292 MDA 2016

Superior Court of Pennsylvania.

07/25/2017

2011–CV–11730 (Dauphin)

Affirmed/Reversed/Remanded

TOTAL HOME CARE AND INSPECTION

v.

CARLEVALE, P.

1358 MDA 2016

Superior Court of Pennsylvania.

07/25/2017

2011–CV–11730 (Dauphin)

Affirmed/Reversed/Remanded

COM.

v.

MARTINEZ–HERRERA, V.

1433 MDA 2016

Superior Court of Pennsylvania.

07/25/2017

CP–06–CR–0001295–2016 (Berks)

Affirmed

COM.

v.

ZGURO, L.

106 MDA 2017

Superior Court of Pennsylvania.

07/25/2017

CP–22–CR–0002285–2006 (Dauphin)

Affirmed

